The People of the State of Illinois, Plaintiff-Appellee, *v.* Rodney Adams, Defendant-Appellant.

(No. 59796;

First District (5th Division)—May 9, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Donald S. Honchell and John Thomas Moran, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon, Donald M. Devlin, and Iris E. Sholder, Assistant State's Attorneys, of counsel), for the People.